EXHIBIT "A"

21STCV12878
Assigned for all purposes to: Spring Street Courthouse, Judicial Officer: Edward Moreton
Electronically FILED by Superior Court of California, County of Los Angeles on 04/05/2021 11:31 AM Sherri R. Carter, Executive Officer/Clerk of Court, by H. Flores-Hernandez,Deputy Clerk

DANIEL AZIZI, Esq. - State Bar No. 268995
DOWNTOWN L.A. LAW GROUP
601 N. Vermont Ave.
Los Angeles, CA 90004
Tel: (213) 389-3765
Fax: (877) 389-2775
Email: Daniel@downtownlalaw.com

Attorneys for Plaintiff
PIA ROBERTSON

SUPERIOR COURT OF CALIFORNIA

COUNTY OF LOS ANGELES

| | |
|---|---|
| PIA ROBERTSON, an individual. | Case No.: 21STCV12878 |
| Plaintiff, | **COMPLAINT FOR DAMAGES** |
| v. | 1. NEGLIGENCE |
| UNITED AIRLINES, INC., a Delaware corporation; and DOES 1-50, inclusive. | [JURY DEMANDED] |
| Defendants. | |

COMES NOW, PLAINTIFF PIA ROBERTSON, and alleges negligence against Defendants as follows:

**FIRST CAUSE OF ACTION**

**NEGLIGENCE**

**(By Plaintiff Against all Defendants)**

1. The true names and capacities, whether individual, plural, corporate, partnership, associate, or otherwise, of defendants DOES 1 through 50, inclusive, are unknown to Plaintiff who, therefore, sues said Defendants by such fictitious names. The full extent of the facts linking said fictitiously designated Defendants with the cause of action alleged herein is

1
**COMPLAINT FOR DAMAGES**

unknown to Plaintiff. Plaintiff is informed and believes, and thereon alleges, that each of the Defendants designated herein as DOES 1 through 50, inclusive, were and are negligently, carelessly, recklessly, unskillfully, unlawfully, tortiously, wantonly, wrongfully and legally responsible in some manner for the events and happenings hereinafter referred to, and thereby negligently, carelessly, recklessly, unskillfully, unlawfully, tortiously, wantonly, wrongfully and legally proximately caused injury and damages to Plaintiff. Plaintiff will hereafter ask leave of court to amend this complaint to show said Defendants' true names and capacities after the same had been ascertained.

2.  At the time and place of the event relevant hereto, each Defendant was the employee and agent of each and all of the other Defendants and was acting within the course and scope of said employment and agency.

3.  At the time and place of the events relevant hereto, the Defendants, and each of them, were members of and engaged in a joint venture or common enterprise.

4.  At all times herein, Defendants, UNITED AIRLINES, INC., a Delaware corporation; and DOES 1-50, inclusive, were and are Corporations licensed to conduct business in the State of California, with principal offices located at 818 Seventh Street, Suite 930, Los Angeles, California 90017. Said Defendants, and each of them, were and are engaged in the business of transporting passengers for hire.

5.  On or about April 5, 2019, Plaintiff PIA ROBERTSON was a passenger on a United Airlines flight (Flight #UA311) en route from Detroit Metropolitan Wayne County Airport to Los Angeles International Airport connecting at Denver International Airport.

6.  During said flight before said flight's arrival at Denver International Airport, the Defendants, and each of them, so negligently, carelessly, recklessly, unskillfully, unlawfully, tortiously, wantonly, wrongfully owned, entrusted, permitted, managed, serviced, repaired, inspected, maintained, operated, controlled, directed, supervised, and oversaw said aircraft as to cause a food and beverage cart to collide with Plaintiff's knee, thereby causing the damages hereafter mentioned.

2

**COMPLAINT FOR DAMAGES**

7. By reason of said injuries, Plaintiff has incurred, and probably will incur in the future, hospital, surgical, medical, nursing and household expense, all to her further damage.

8. Each said negligent, careless, reckless, unskillful, unlawful, tortious, wanton and wrongful act and omission of each said Defendant concurred with each said negligent, careless, reckless, unskillful, unlawful, tortious, wanton and wrongful act and omission of each and all of the other defendants as a proximate cause of said accident to Plaintiff and of Plaintiff's injuries hereinafter mentioned.

9. As a proximate result of each and all of the aforesaid acts and omissions of the Defendants, and each of them, Plaintiff was injured about the body and its members and was rendered sick, sore, and disabled, and was injured in health, strength and activity. As a result of said injuries, Plaintiff has had, and in the future will have, physical, mental and emotional pain, suffering, worry and anxiety. By reason of said injuries and consequences, Plaintiff has sustained general damages in an amount which is within the jurisdiction of the Superior Court.

10. As a proximate result of each and all of the aforesaid acts and omissions of the Defendants, and each of them, Plaintiff suffered grave and serious mental anguish, fear, anxiety and illness. As a proximate result of said injuries and damages, Plaintiff has had, and in the future will have physical, mental and emotional pain, suffering, worry and anxiety. By reason of said injuries and consequences, Plaintiff has sustained general damages in an amount which is within the jurisdiction of the Superior Court.

11. By reason of said injuries, Plaintiff has incurred, and probably will incur, in the future, ambulance, hospital, surgical, medical, nursing and household expense, all to her further damages, according to proof.

12. By reason of said injuries, Plaintiff was unable to do her usual work for a period of time, has been unable to do a portion of her work since that time, and has sustained damage to her future earning capacity, all to her damages, according to proof.

13. By reason of said injuries, Plaintiff has sustained damage to her future earning capacity, all to her further damage, according to proof.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff demands judgment against Defendants as follows:

1. For general damages in a sum according to proof;
2. For medical, hospital, and related expenses according to proof;
3. For loss of earnings according to proof;
4. For loss of future earning capacity according to proof;
5. For pre- and post-judgment interest and costs of suit incurred herein;
6. For such other and further relief as this Court may deem proper. 5. For such other and further relief as this Court may deem proper.

DATED: April 5, 2021　　　　　　　　　DOWNTOWN L.A. LAW GROUP

BY: Daniel Azizi, Esq.
Attorney for Plaintiff,
PIA ROBERTSON

## DEMAND FOR JURY TRIAL

Plaintiff demands trial by jury of all issues so triable.

DATED: April 5, 2021　　　　　　　　　DOWNTOWN L.A. LAW GROUP

BY: Daniel Azizi, Esq.
Attorney for Plaintiff,
PIA ROBERTSON

Downtown L.A. Law Group
601 N. Vermont Ave.
Los Angeles, CA 90004

4
**COMPLAINT FOR DAMAGES**